ACCEPTED
01-14-00687-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 5:34:53 PM
CHRISTOPHER PRINE
CLERK

**01-14-00687-CV**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/2/2015 5:34:53 PM
CHRISTOPHER A. PRINE
Clerk

IN THE
**FIRST COURT OF APPEALS
HOUSTON, TEXAS**

**THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON, INC., THE BETTER BUSINESS BUREAU OF METROPOLITAN HOUSTON EDUCATION FOUNDATION, DAN PARSONS, CHRIS CHURCH, CHURCH ENTERPRISES, INC., GARY MILLESON, RONALD N. MCMILLAN, D'ARTAGNAN BEBEL, MARK GOLDIE, CHARLIE HOLLIS, AND STEVEN LUFBURROW,**

*Appellants,*

v.

**JOHN MOORE SERVICES, INC. AND JOHN MOORE RENOVATION, LLC,**

*Appellees.*

**On Appeal from the
269th Judicial District Court
Harris County, Texas
Cause Number 2013-76215**

**APPELLEES' RESPONSE IN OPPOSITION OF APPELLANTS' MOTION TO VACATE MEMORANDUM ORDER OF REFERRAL TO MEDIATION AND RELATED ORDERS**

LORI HOOD
BOBBIE L. STRATTON

Baker Donelson Bearman Caldwell & Berkowitz, P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

*ATTORNEYS FOR APPELLEES*

TO THE HONORABLE COURT OF APPEALS:

Appellees John Moore Services, Inc. and John Moore Renovation, LLC ("John Moore") file this Response in Opposition to Appellants The Better Business Bureau of Metropolitan Houston ("Houston BBB"), The Better Business Bureau of Metropolitan Houston Education Foundation, Dan Parsons, Chris Church, Church Enterprises, Inc., Gary Milleson, Ronald N. McMillan, D'Artagnan Bebel, Mark Goldie, Charlie Hollis, and Steven Lufburrow's (collectively, "Appellants") motion to vacate this Court's order referring this case to mediation (along with parallel related proceeding in Case No. 01-14-00906-CV) and respectfully show the Court, as follows:

The deadline to complete mediation has previously been continued much detail for the discretion of counsel for John Moore. Lead counsel has been undergoing cancer treatment, and the current treatment protocol is scheduled to end during the first week of November; thus, giving counsel the ability to attend a full-day mediation without further delay due to the previously unpredictable nature of such treatment. While counsel is appreciative of the Houston BBB's concern about the reprieve that might be created by alleviating counsel's need to attend a full-day mediation in these cases, continuing the deadline to complete mediation until the end of November would not create any further prejudice for Appellants, but rather, would serve to potentially eliminate two cases from this Court's docket.

Rather than attempt to schedule mediation during this unpredictable time, John Moore moved the Court to continue mediation until after counsel's last treatment scheduled to take place during the first week of November.

The parties positions in the cases have not changed; therefore, the circumstances motivating this Court to order mediation in the first place have not changed. Appellants have not presented any compelling reason other than the scheduling of mediation as a reason to vacate the mediation order.

John Moore asks this Court to deny the motion to vacate the mediation orders and to grant the motion to extend the deadline to complete mediation as requested by John Moore in its separately filed motion.

Respectfully submitted,

/s/ Bobbie L. Stratton
Lori Hood
Texas State Bar No. 09943430
Bobbie L. Stratton
Texas State Bar No. 24051394
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701

**ATTORNEYS FOR APPELLEES**

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2015, a true and correct copy of the foregoing was served by electronic service, as follows:

Lauren B. Harris
Jeffrey R. Elkin
Susan K. Hellinger
M. Harris Stamey
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas 77002

*/s/ Bobbie L. Stratton*
Bobbie L. Stratton